UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 0 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 06CR2469-GT |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| SERGIO MARTINEZ ACEVEDO, | |
| Defendant. | |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __8:1326 (a) and (b): Attempted Entry After Deportation.__

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/21/06

GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE